| 16-098 | Founders Lodge Condominium Ass'n v. Intrawest Stratton Development Corp. | Dismissed | 3/30/16 | Windham Civ. | 134/559 |
|--------|---------------------------------------------------------------------------|-----------|---------|----------------|---------|
| 16-097 | Powell v. Powell | Dismissed | 4/5/16 | Windham Fam. | 136/579 |
| 16-091 | Reinholdt v. Preston | Dismissed | 4/6/16 | Frank. Civ. | 136/579 |
| 16-065 | State v. Cook | Affirmed | 4/8/16 | Frank. Crim. | 136/579 |
| 16-105 | State v. Schenk | Dismissed | 4/8/16 | Chit. Crim. | 136/579 |
| 16-110 | State v. Mears | Dismissed | 4/8/16 | Rut. Crim. | 136/579 |
| 16-094 | Kendall v. Kane | Denied | 4/13/16 | Orig. Juris. | 136/579 |
| 15-065 | Dow v. Dow | Affirmed | 4/14/16 | Windham Fam. | 136/579 |
| 15-200 | State v. Grant | Affirmed | 4/14/16 | Rut. Crim. | 136/579 |
| 15-235 | Rinaldo v. Green Mountain Self Storage | Affirmed | 4/14/16 | Benn. Civ. | 136/579 |
| 15-240 | Snyder v. Snyder | Reversed | 4/14/16 | Benn. Fam. | 136/579 |
| 15-312 | In re Walker | Affirmed | 4/14/16 | Rut. Civ. | 136/579 |
| 15-333 | Office of Child Support v. Rowe | Affirmed | 4/14/16 | Chit. Fam. | 136/579 |
| 15-343 | State v. Purich | Affirmed | 4/14/16 | Orleans Crim. | 136/579 |
| 15-371 | Johnson v. Johnson | Affirmed | 4/14/16 | Chit. Fam. | 136/579 |
| 15-459 | In re T.P. | Affirmed | 4/14/16 | Frank. Fam. | 136/579 |
| 15-473 | In re J.C. | Affirmed | 4/14/16 | Wash. Fam. | 136/579 |
| 16-001 | In re O.S. | Affirmed | 4/14/16 | Chit. Fam. | 136/579 |
| 16-005 | Zeno v. Brusca | Affirmed | 4/14/16 | Wash. Fam. | 136/579 |
| 16-009 | In re J.M. | Affirmed | 4/14/16 | Windham Fam. | 136/579 |
| 16-106 | Garcia v. Farm Family Insurance Co. | Denied | 4/15/16 | Orig. Juris. | 136/579 |
| 16-112 | State v. Raymond | Denied | 4/19/16 | Orig. Juris. | 136/579 |
| 16-113 | North Country Federal Credit Union v. Reid | Dismissed | 4/19/16 | Grand Isle Civ. | 136/579 |